UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN B. GRIFFIN, et al.,

    Plaintiffs,

v.

    Case No.: 1:08-cv-40

    HONORABLE PAUL L. MALONEY

ROBERT J. REZNICK, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court. Therefore,

**IT IS ORDERED** that this case is terminated and the identical action, Case Number 1:08-cv-50, continues.

**IT IS FURTHER ORDERED** that Defendants Wienner & Gould, P.C., Seth D. Gould, David H. Ellenbogen's Motion for Summary Judgment (Dkt. #32) and Defendants Robert Reznick, Due Process of Michigan, Inc., and Eric King's Motion for Joinder in Motion for Summary Judgment (Dkt. #41), are **DENIED without prejudice as moot**.

Dated: July 17, 2008          /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge